21mj915·VCF

# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

2:21-mj-915-VCF

United States of America
v.
Jianxiang Shi,
a/k/a "Long Niu,"

Case No. 1:21-cr-20421-DPG(s)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jianxiang Shi

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1546 - Fraud and misuse of visas, permits, and other documents

Date: 8/19/21

*Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By: Kiara Snipes, Deputy Clerk
Date: Aug 19, 2021*

*Issuing officer's signature*

City and state:   Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __Jianxiang Shi__

Known aliases: __Long Niu__

Last known residence: __4141 Hayvenhurst Ave., Encino, CA 91436__

Prior addresses to which defendant/offender may still have ties: __20515 Westhoff Way, Walnut, CA 91789__
__3233 Delap Rd, Majuro Marshall Islands, 96960__

Last known employment: ____

Last known telephone numbers: ____

Place of birth: __Shanghai, China__

Date of birth: __09/27/1964__

Social Security number: ____

Height: ____   Weight: ____

Sex: __Male__   Race: __Asian__

Hair: __Black__   Eyes: __Brown__

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address: __U.S. Department of State, Diplomatic Security Service, Criminal Fraud Investigations, Special Activities Unit, 2401 E Street NW, Suite H-518, Washington, DC, 20522__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:21-cr-20421-DPG(s)

### BOND RECOMMENDATION

DEFENDANT: Jianxiang Shi, a/k/a "Long Niu"

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Will Rosenzweig*
AUSA: Will J. Rosenzweig

Last Known Address: 4141 Hayvenhurst Ave.

Encino, CA 91436

What Facility:

Agent(s): SA Seth D. Toensing
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. Department of State
Diplomatic Security Service

FILED BY ___KS___ D.C.

Aug 19, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20421-GAYLES(s)
18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA

v.

JIANXIANG SHI,
　　a/k/a "Long Niu,"

　　　　　　Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Fraud and Misuse of Visas, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

From on or about November 1, 2016, through on or about November 2, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JIANXIANG SHI,
a/k/a "Long Niu,"

did knowingly possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
### Fraud and Misuse of Visas, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JIANXIANG SHI,
### a/k/a "Long Niu,"

did knowingly possess and use a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is, a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

### FORFEITURE ALLEGATIONS

1.  The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, JIANXIANG SHI, a/k/a "Long Niu," has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1546, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a.  any conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense; and

    b.  any property, real or personal, that constitutes, or is derived from or is traceable to any proceeds obtained directly or indirectly from the commission of such offense; or

2

  c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

WILL J. ROSENZWEIG
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JIANXIANG SHI,

Defendant.

CASE NO. 1:21-cr-20421-DPG(s)

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

Court Division: (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [✓] No
Number of new defendants  0
Total number of counts  2

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect Mandarin
4. This case will take  3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days         [✓]
   II   6 to 10 days        [ ]
   III  11 to 20 days       [ ]
   IV   21 to 60 days       [ ]
   V    61 days and over    [ ]

   (Check only one)
   Petty         [ ]
   Minor         [ ]
   Misdemeanor   [ ]
   Felony        [✓]

6. Has this case previously been filed in this District Court? (Yes or No) Yes
   If yes: Judge Gayles    Case No. 1:21-cr-20421-DPG
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. 
   Related miscellaneous numbers: 
   Defendant(s) in federal custody as of 
   Defendant(s) in state custody as of 
   Rule 20 from the District of 
   Is this a potential death penalty case? (Yes or No) No
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

Will J. Rosenzweig
Assistant United States Attorney
Court ID No.  A5502698

*Penalty Sheet(s) attached

REV 3/19/21

1111         USMS                    USMS                12:40:32    2021-10-27         8/13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: Jianxiang Shi, a/k/a "Long Niu"

Case No: 1:21-cr-20421-DPG(s)

Counts #: 1–2

Fraud and misuse of visas, permits, and other documents

Title 18, United States Code, Section 1546(a)

* Max. Penalty:   10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FILED BY _KS_ D.C.

AUG 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20421-DPG(s)

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the superseding indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or further order of this Court, for the reasons that the named defendant may flee and/or destroy evidence, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain copies of these documents, and provide copies to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _/s/ Will Rosenzweig_
Will J. Rosenzweig
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court ID No. A5502698
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9403
Fax: (305) 530-7976
Email: Will.Rosenzweig@usdoj.gov

1111 USMS    USMS    12:41:16  2021-10-27   10/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20421-DPG(s)

IN RE SEALED INDICTMENT
_____/

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the superseding indictment, arrest warrant, the government's motion to seal, and this order shall be filed under seal until the arrest of the defendant or further order of this Court. However, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document, and may provide copies of these documents to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED at Miami, Florida, this 19 day of August 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Will J. Rosenzweig